[No. 12952-7-III.     Division Three.     June 21, 1994.]

CHARLES FOGLE, ET AL, *Appellants*, v. THE COUNTY OF
KITTITAS, *Respondent*.

Appeal from a judgment of the Superior Court for Kittitas
County, No. 91-2-00331-1, Michael E. Cooper, J., entered
December 2, 1992. *Affirmed* by unpublished opinion per
Thompson, C.J., concurred in by Munson and Schultheis, JJ.

[No. 12429-1-III.     Division Three.     June 21, 1994.]

PATRICK CLARY, ET AL, *Appellants*, v. MARILYN
ROMERO, ET AL, *Defendants*, RICHARD C. LANGTON, ET
AL, *Respondents*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 89-2-01796-7, Richard J. Schroeder, J.,
entered April 27, 1992. *Affirmed* by unpublished opinion per
Sweeney, J., concurred in by Thompson, C.J., and Schultheis,
J.

[No. 16339-0-II.     Division Two.     June 22, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DANNY L.
HAPNER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 281851R030, Donald H. Thompson, J., entered
June 12, 1992. *Affirmed* by unpublished opinion per Hough-
ton, J., concurred in by Morgan, C.J., and Alexander, J.

[No. 11787-1-III.     Division Three.     June 23, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD F.
WELCH, *Appellant*.

Appeal from a judgment of the Superior Court for Pend
Oreille County, No. 90-1-00028-4, Richard J. Schroeder, J.,
entered July 24, 1991. *Affirmed* by unpublished opinion per
Munson, J., concurred in by Thompson, C.J., and Schultheis,
J. Withdrawn September 8, 1994. See 75 Wn. App. 1037.